# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Krishnan Ghosh vs. Abbott Laboratories, Inc. et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3317 for the following party(s): (please specify)

Abbott Laboratories, Inc. and Cardiovascular Systems, Inc.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Ariel Wilson    s/: Ariel Wilson

Firm Name: Riley Safer Holmes & Cancila LLP

Business Address: 121 W. Washington Street, Suite 402

City/State/Zip: Ann Arbor, MI 48104

Telephone Number (Area Code): (734) 773-4914

Email Address: awilson@rshc-law.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 11/21/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: