# THE EIGHTH CIRCUIT COURT OF APPEALS

| | | |
|---|---|---|
| Krishnan Ghosh | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | APPEAL NO. 24-3317 |
| | ) | |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | FOR THE DISTRICT OF MINNESOTA: |
| Abbott Laboratories Inc. and Cardiovascular Systems, Inc., | ) | 24-cv-01144-DSD-ECW |
| | ) | |
| Defendants-Appellees. | ) | |

**DEFENDANTS' RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Defendants Abbott Laboratories Inc. and Cardiovascular Systems, Inc. submit this disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1:

1. Abbott Laboratories Inc.'s sole member and parent corporation is Abbott Laboratories.

2. Cardiovascular Systems, Inc.'s sole member and parent corporation is Abbott Laboratories.

Dated:  November 21, 2024

Respectfully submitted,

*/s/ Nick Kahlon*
Nick Kahlon, IL #6280309
Ariel Wilson, IL #6316904
Douglas Dunham, NY #2203248
Tara Wendell, IL #6346627
**RILEY SAFER HOLMES & CANCILA LLP**
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone: 312.471.8700
nkahlon@rshc-law.com
awilson@rshc-law.com
ddunham@rshc-law.com
twendell@rshc-law.com

and

Cynthia A. Bremer, MN #273119
Paola K. Maldonado, MN #0403661
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612.339.1818
Fax:  612.339.0061
cynthia.bremer@ogletree.com
paola.maldonado@ogletree.com

*Attorneys for Defendant Abbott Laboratories Inc. and Cardiovascular Systems, Inc.*